**Opinion issued March 27, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00136-CV

———————————

## IN RE BOB BENNETT A/K/A ROBERT S. BENNETT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On February 12, 2014, the relator, Bob Bennett a/k/a Robert S. Bennett, filed a petition for writ of mandamus, requesting that the Court enter an order declaring real parties in interest's claims for attorney's fees discharged and vacating all trial court orders entered after December 30, 2010, including a trial setting.[1]

---

[1] The underlying case is *Kelly Coghlan, Coghlan & Associates, Richard and Janice Pullman as Guardians of Michael Pullman and Winn Beaudry & Winn, LLP v. Bob Bennett a/k/a Robert S. Bennett*, No. 759593, in the County Civil Court at Law No. 2 of Harris County Texas, the Honorable John Wooldridge presiding.

We **deny** the petition for writ of mandamus. We dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Brown.